# (July 12, 1982)

■ CHAIN LOCATIONS OF AMERICA, INC., Appellant, v T.I.M.E. — D.C., INC., Respondent. — Motion to increase undertaking denied, without costs. Motion to ascertain damages denied, without costs. The damages must be ascertained by a separate action commenced on the undertaking. CPLR 6315 is not applicable since the undertaking was not the condition for a preliminary injunction pursuant to CPLR article 63. Mahoney, P. J., Mikoll, Yesawich, Jr., Weiss and Levine, JJ., concur.

■ QUANDT'S WHOLESALE DISTRIBUTORS, INC., Respondent, v JOSEPH GIARDINO et al., Appellants. — Motion to modify order entered March 10, 1982. Special Term granted plaintiff's motion for a preliminary injunction and expressly dispensed with the requirement of an undertaking. By decision dated March 4, 1982 [87 AD2d 684], this court reversed, and vacated the preliminary injunction. Contending that they were damaged by the preliminary injunction and that their sole relief is to proceed on an undertaking, defendants now move to modify this court's order to direct plaintiff to post an undertaking *nunc pro tunc* in an amount fixed by this court or, upon remand, by Special Term. Since the posting of an undertaking is a condition for the granting of a preliminary injunction (CPLR 6312, subd [b]), it would be inconsistent to order the posting of an undertaking subsequent to the vacatur of the injunction. Thus, while Special Term may have erred in failing to require the posting of an undertaking, since this was not remedied by a motion to amend the preliminary injunction to provide for an undertaking (see CPLR 5518), and since the preliminary injunction was vacated on appeal, any issue regarding the failure to require an undertaking is now moot as stated in the decision of this court dated March 4, 1982. Motion denied, without costs. Main, J. P., Casey, Yesawich, Jr., Weiss and Levine, JJ., concur.